**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**TYQUAN M. WATSON**
   **a/k/a "Ty"**
   **and**
**DEZANEIL D. COSBY JR.**
   **a/k/a "DJ"**

**Case No. 4:24cr3-MW**

## <u>VERDICT</u>

As to **Count One** of the Indictment, conspiracy to distribute marijuana, we, the Jury, unanimously find the Defendant, **Tyquan M. Watson**:

_____ Guilty

_____ Not Guilty

If (and only if) you found Tyquan M. Watson guilty, you must answer the following:

We, the jury, having found Tyquan M. Watson guilty, further unanimously find that he conspired to distribute the following weight of a mixture or substance containing a detectable amount of marijuana:

_____ 1,000 kilograms or more

_____ 100 kilograms or more, but less than 1,000 kilograms

_____ less than 100 kilograms

As to **Count One** of the Indictment, conspiracy to distribute marijuana, we, the Jury, unanimously find the Defendant, **Dezaneil D. Cosby Jr. :**

_____ Guilty

_____ Not Guilty

If (and only if) you found Dezaneil D. Cosby Jr. guilty, you must answer the following:

We, the jury, having found Dezaneil D. Cosby Jr. guilty, further unanimously find that he conspired to distribute the following weight of a mixture or substance containing a detectable amount of marijuana:

_____ 1,000 kilograms or more

_____ 100 kilograms or more, but less than 1,000 kilograms

_____ less than 100 kilograms

As to **Count Three** of the Indictment, aiding and abetting the distribution of marijuana, we, the Jury, unanimously find the Defendant, **Tyquan M. Watson**:

_____ Guilty

_____ Not Guilty

As to **Count Three** of the Indictment, aiding and abetting the distribution of marijuana, we, the Jury, unanimously find the Defendant, **Dezaneil D. Cosby Jr. :**

_____ Guilty

_____ Not Guilty

3

As to **Count Four** of the Indictment, possession with the intent to distribute marijuana, we, the Jury, unanimously find the Defendant, **Dezaneil D. Cosby Jr. :**

_____ Guilty

_____ Not Guilty

If (and only if) you found Dezaneil D. Cosby Jr. guilty, you must answer the following:

We, the jury, having found Dezaneil D. Cosby Jr. guilty, further unanimously find that he possessed with the intent to distribute the following weight of a mixture or substance containing a detectable amount of marijuana:

_____ 100 kilograms or more

_____ less than 100 kilograms

SO SAY WE ALL.

_____
FOREPERSON

Date: _____

4